```
KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Acting Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, Tenth Floor
    San Francisco, California 94102
    Telephone:      (415) 436-6909
    Facsimile:      (415) 436-6748
    Email: jonathan.lee@usdoj.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN SOOHOO,<br><br>   Plaintiff,<br><br>   v.<br><br>AMJAD QAQISH, MICHAEL LEE, UNITED STATES OF AMERICA, AND DOES 1 TO 10,<br><br>   Defendants. | No. C 05-1513 EDL<br><br>STIPULATION AND (PROPOSED) ORDER SELECTING ADR PROCESS; <br><br>ADR CERTIFICATION |

The parties stipulate to participate in the following ADR process: Mediation

DATED: July 26, 2005            BRIAN L. LARSEN

                                         /s/
                                By: BRIAN L. LARSEN
                                Attorneys for Plaintiff Steven Soohoo

DATED: July 26, 2005            KEVIN V. RYAN
                                United States Attorney

                                         /s/
                                JONATHAN U. LEE
                                Attorneys for Federal Defendants

**IT IS SO ORDERED:**

DATED: July 27, 2005            _____
                                UNITED STATES MAGISTRATE JUDGE

ADR STIPULATION
C 05-1513 EDL                   -1-

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

DATED: July 26, 2005                BRIAN L. LARSEN

                                    /s/
                                    By: BRIAN L. LARSEN
                                    Attorneys for Plaintiff Steven Soohoo

DATED: July 26, 2005                KEVIN V. RYAN
                                    United States Attorney

                                    /s/
                                    JONATHAN U. LEE
                                    Attorneys for Federal Defendants