KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

450 Golden Gate Avenue, Tenth Floor
San Francisco, California 94102
Telephone:     (415) 436-6909
Facsimile:     (415) 436-6748
Email: jonathan.lee@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN SOOHOO,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>   Defendants. | No. C 05-1513 EDL<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**ORDER FOR DISMISSAL WITH**<br>**PREJUDICE** |

1  Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), Plaintiff STEVEN
2  SOOHOO and Defendant UNITED STATES OF AMERICA stipulate to the dismissal with
3  prejudice of <u>STEVEN SOOHOO v. USA, ET AL.</u>, Northern District of California case number C
4  05-1513 EDL. Each party will bear its own costs.

DATED: November ___, 2005            KEVIN V. RYAN
                                      United States Attorney


                                      _____
                                      JONATHAN U. LEE
                                      Assistant United States Attorney


DATED: November 27, 2005             LAW OFFICES OF BRIAN L. LARSEN

                                      _____
                                      BRIAN L. LARSEN
                                      Attorneys for Plaintiff


## ORDER

Pursuant to the stipulation of the parties, IT IS SO ORDERED.


DATED: _____              _____
                                      ELIZABETH D. LAPORTE
                                      United States Magistrate Judge


STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL WITH PREJUDICE
No. C 05-1513 EDL                    -2-

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), Plaintiff STEVEN SOOHOO and Defendant UNITED STATES OF AMERICA stipulate to the dismissal with prejudice of <u>STEVEN SOOHOO v. USA, ET AL.</u>, Northern District of California case number C 05-1513 EDL.  Each party will bear its own costs.

DATED: November 30, 2005

KEVIN V. RYAN
United States Attorney

JONATHAN U. LEE
Assistant United States Attorney

DATED: November 30, 2005

LAW OFFICES OF BRIAN L. LARSEN

BRIAN L. LARSEN
Attorneys for Plaintiff

## ORDER

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

DATED: **November 30, 2005**

ELIZABETH D. LAPORTE
United States Magistrate Judge

STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL WITH PREJUDICE
No. C 05-1513 EDL                         -2-